IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANNY TUCKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:13-CV-137 |
| | § | |
| CITY OF GEORGETOWN, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Danny Tucker and Defendant City of Georgetown, Texas file this Joint Motion to Dismiss.

1.      On February 14, 2013, Plaintiff sued Defendant alleging various claims of employment discrimination.

2.      On September 25, 2013 Plaintiff and Defendant reached a settlement in the above-referenced matter.

3.      Plaintiff moves to dismiss all of his claims in the above-captioned lawsuit against Defendant.  Defendant dismisses any claims it may have had to recover attorneys' fees and costs against the Plaintiff as prevailing party.

4.      This case is not a class action.

5.      A receiver has not been appointed in this action.

6.      All court costs and attorneys' fees shall be taxed to the party incurring same.

7.      This dismissal is WITH PREJUDICE.

Rcvd JKP 10-16-13

The parties respectfully request that the Court grant their Joint Motion to Dismiss and any and all other relief to which they may be entitled.

Respectfully submitted,

**JUDGE, KOSTURA & PUTMAN PC**
The Commissioner's House at Heritage Square
2901 Bee Cave Road, Box L
Austin, TX 78746
512-328-9099
512-328-4132 - Fax

By_____
John Judge
State Bar No. 11044500

**ATTORNEYS FOR PLAINTIFF
DANNY TUCKER**

**WRIGHT & GREENHILL, P.C.**
221 W. 6ᵗʰ Street, Suite 1800
Austin, Texas 78701
512-476-4600
512-476-5381-Fax)-

By:_____
Archie Carl Pierce
State Bar No. 15991500
Mike Thompson, Jr.
State Bar No. 19898200

**ATTORNEYS FOR DEFENDANT
CITY OF GEORGETOWN, TEXAS**

-2-

## **CERTIFICATE OF SERVICE**

No service is necessary as the foregoing was filed by all parties to the lawsuit.