FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2013 OCT 29  PM 4: 12

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

DANNY TUCKER, §
§
Plaintiff, §
§
v. §            CIVIL ACTION NO. 1:13-CV-137SS
§
CITY OF GEORGETOWN, TEXAS, §
§
Defendant. §

## ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE

After considering the Joint Motion to Dismiss with Prejudice of Plaintiff DANNY
TUCKER and Defendant CITY OF GEORGETOWN, TEXAS, the Court grants the motion and
orders that all of Plaintiff's and Defendant's claims in the above-captioned lawsuit be
DISMISSED WITH PREJUDICE.

SIGNED this 29th day of _____October_____, 2013.

_____Sam Sparks_____
UNITED STATES DISTRICT JUDGE

Rcvd JKP 10-16-13

Approved as to form:

**JUDGE, KOSTURA & PUTMAN PC**
The Commissioner's House at Heritage
Square
2901 Bee Cave Road, Box L
Austin, TX 78746
512-328-9099
512-328-4132 - Fax

By: _____
 John Judge
 State Bar No. 11044500

**ATTORNEYS FOR PLAINTIFF**
**DANNY TUCKER**

**WRIGHT & GREENHILL, P.C.**
221 W. 6th Street, Suite 1800
Austin, Texas 78701
512-476-4600
512-476-5381-Fax)-

By: _____
 Archie Carl Pierce
 State Bar No. 15991500
 Mike Thompson, Jr.
 State Bar No. 19898200

**ATTORNEYS FOR DEFENDANT**
**CITY OF GEORGETOWN, TEXAS**